BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 3721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:02-CR-05440 AWI |
| Plaintiff, | **ORDER DISMISSING INDICTMENT AS TO DEFENDANT** |
| v. | **ABDULLAH AHMED ALI** |
| GENARO GARCIA-VILLAPUDUA, et al., | |
| Defendant. | |

For the reasons set forth in the motion to dismiss filed by the United States, the Indictment

against defendant **ABDULLAH AHMED ALI** is hereby DISMISSED and any outstanding arrest

warrant is recalled.


IT IS SO ORDERED.

Dated:  July 24, 2013  _____

SENIOR  DISTRICT  JUDGE

1